UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22300-CIV-SCOLA/OTAZO-REYES

JUAN PAULINA CASTELLON MOLINA,

    Plaintiff,

v.

PURA MARGARITA ESPIN,

    Defendant,

and

JPMORGAN CHASE BANK, N.A.,

    Garnishee.
_____/

## GARNISHEE'S AGREED MOTION FOR SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 11.1(d)(3), Garnishee JPMorgan Chase Bank, N.A. ("Chase") moves for entry of an Order substituting Andrew Herron and Herron Ortiz, P.A. as its counsel in this case, in place of existing counsel Wargo & French, LLP ("Wargo").  Plaintiff has advised the undersigned that it agrees agreed to the substitution. Moreover, both Wargo and Chase have indicated their agreement to the substitution by signing this Motion below.

WHEREFORE, Chase respectfully requests entry of the an Order in the form attached, granting this motion, effecting the requested substitution and granting such further relief as the court deems just.

**Agreement to substitution of Herron Ortiz, P.A.
for Wargo & French, LLP as counsel to Chase.**

| | |
|---|---|
| /s/ Paul J. Juster, Esq. [FBN 85375] | /s/ Rahil Kamran-Rad |
| Wargo French | Vice President & Assistant General Counsel |
| Outgoing counsel for Chase | JPMorgan Chase Bank, N.A. |

Date: January 10, 2017

        Respectfully submitted,

        Herron Ortiz
        Attorneys for JPMorgan Chase Bank, N.A.
        255 Alhambra Circle, Suite 1060
        Coral Gables, Florida 33134
        Tel.: (305) 779-8100
        Fax: (305) 779-8104

  By: /s/Andrew R. Herron
       Andrew R. Herron
       Florida Bar No. 861560
       GService@herronortiz.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served via E-Service on the date stamped on the first page of this notice, upon any counsel of record entitled to receive electronic service in this case.
CM/ECF

        /s/       Andrew R. Herron
                Andrew R. Herron